**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00269-CV**
_____

**JULIA ANN POFF, Appellant**

**V.**

**WILLIAM HARVEY POFF, Appellee**

_____

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. 23DC-CV-00103**

_____

**MEMORANDUM OPINION**

Julia Ann Poff filed a notice of appeal "regarding a temporary restraining order" in a post-divorce proceeding before the trial court. In a notice issued by the Clerk of the Court, we questioned whether the trial court has signed an appealable order. The Clerk warned the parties that unless our jurisdiction was established the appeal would be dismissed. Julia Ann Poff filed a response. She argues she should be allowed to appeal pursuant to a section of the Civil Practice and Remedies Code that permits an accelerated appeal of an interlocutory order that "grants or refuses a

1

temporary injunction or grants or overrules a motion to dissolve a temporary injunction as provided by Chapter 65[.]" *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4). Any temporary orders in this case, however, would have been made pursuant the Family Code. Temporary orders involving custody are not appealable. *See* Tex. Fam. Code Ann. §§ 105.001(e) (Temporary Order Before Final Order); 109.001(c) (Temporary Order During Pendency of Appeal). Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 27, 2025
Opinion Delivered August 28, 2025

Before Golemon, C.J., Wright and Chambers, JJ.